DICKEY v. GORTNER. (Supreme Court, Appellate Division, Second Department. November 7, 1913.) Action by Paul Dickey against Christopher A. Gortner. No opinion. Motion for leave to appeal to the Court of Appeals denied. See, also, 143 N. Y. Supp. 1113.

DININNY, Respondent, v. BROWN, Appellant. (Supreme Court, Appellate Division, First Department. November 28, 1913.) Action by Ferral C. Dininny against Henrietta L. Brown. A. P. Nevin, of New York City, for appellant. W. B. Ellison, of New York City, for respondent. No opinion. Judgment affirmed, with costs, on 148 App. Div. 671, 133 N. Y. Supp. 314. Order filed.

In re DIRECTORS OF FRONTIER & W. R. CO. (Supreme Court, Appellate Division, Fourth Department. November 19, 1913.) In the matter of the application of the directors of the Frontier & Western Railroad Company for an order directing the Public Service Commission, Second District, to issue a certificate of public convenience and necessity, etc. No opinion. Order modified, without costs, so as to permit the commission, in its discretion, to receive evidence of facts not now contained in the record before said commission, and to view the proposed routes and territory adjacent thereto. See, also, 156 App. Div. 926, 141 N. Y. Supp. 1120.

DOBBS, Respondent, v. INTERBOROUGH RAPID TRANSIT CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 21, 1913.) Action by Marie Dobbs against the Interborough Rapid Transit Company. No opinion. Motion for reargument (of 158 App. Div. 164, 142 N. Y. Supp. 1044) denied, with $10 costs.

DOBEK, Respondent, v. AUSTRO–AMERICAN S. S. CO., Appellant. (Supreme Court, Appellate Division, First Department. December 26, 1913.) Action by Ferdinand Dobek against the Austro-American Steamship Company. L. Ullo, of New York City, for appellant. A. P. Wagener, of New York City, for respondent. No opinion. Judgment and order reversed, with costs to the appellant absolutely, and a new trial ordered, on the ground that the verdict is against the evidence. Settle order on notice. See, also, 143 N. Y. Supp. 1113.

DOELGER et al. v. MEYER (two cases). (Supreme Court, Appellate Division, First Department. December 26, 1913.) Action by Charles A. Doelger and others against Herman H. Meyer. No opinion. Motions denied, without costs. Settle orders on notice. See, also, 144 N. Y. Supp. 1112.

DOELGER et al. v. MEYER. (Supreme Court, Appellate Division, First Department. December 26, 1913.) Action by Charles A. Doelger and others against Herman H. Meyer. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed. See, also, 144 N. Y. Supp. 1112.

DOHEN, Respondent, v. BROOKLYN, Q. C. & S. R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 21, 1913.) Action by Mary E. Dohen against the Brooklyn, Queens County & Suburban Railroad Company. No opinion. Judgment and order of the County Court of Queens County unanimously affirmed, with costs.

In re DONOVAN. (Supreme Court, Appellate Division, Second Department. December 5, 1913.) Application of James Donovan, attendant in the Supreme Court, for retirement on half pay, pursuant to section 117 of chapter 30 of the Consolidated Laws of 1909, as added by Laws 1913, c. 185. No opinion. Application granted, to take effect on January 1, 1914, and annuity determined at the rate of $900 per annum.

DRUMMOND, Respondent, v. SIANO, Appellant. (Supreme Court, Appellate Division, First Department. December 19, 1913.) Action by Michael Drummond, as commissioner, against Charles Siano. A. J. Oishei, of New York City, for appellant. T. Farley, of New York City, for respondent. PER CURIAM. No opinion. Judgment affirmed. Order filed. See, also, 144 N. Y. Supp. 409.

INGRAHAM, P. J., and SCOTT, J., dissent.

DRUSS REALTY CO., Appellant, v. TAUNAY, Respondent. (Supreme Court, Appellate Division, Second Department. December 22, 1913.) Action by the Druss Realty Company against Edward Taunay. No opinion. Motion denied, without costs.

DUCAS, Appellant, v. DUCAS et al., Respondents. (Supreme Court, Appellate Division, First Department. December 26, 1913.) Action by Benjamin P. Ducas against Rachel N. Ducas, and others. E. W. Hatch, of New York City, for appellant. A. H. Evans, of New York City, for respondents. No opinion. Judgment affirmed, with costs. Order filed. See, also, 150 App. Div. 904, 135 N. Y. Supp. 1109.

DUGGAN, Respondent, v. STAGGS, Appellant. (Supreme Court, Appellate Division, First Department. November 28, 1913.) Action by Katherine Duggan against Sylvester E. Staggs. M. S. Bevins, of New York City, for appellant. W. G. Havens, of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed. See, also, 156 App. Div. 898, 141 N. Y. Supp. 1117.

DUMAS, Respondent, v. AUBURNDALE REALTY CO., Appellant. (Supreme Court,